IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01917-PSF-PAC

WAYNE BOLLACKER,

    Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC, a Delaware Limited Liability Company,

    Defendant.

___

## ORDER RE: NOTICE OF SETTLEMENT
___

    Pursuant to the Notice of Settlement (Dkt. # 13) filed by the parties on December 13, 2006, the Court hereby ORDERS that dismissal papers shall be filed in this matter <u>no later than December 22, 2006</u>, unless the parties show cause by that date why additional time is needed.

    DATED:  December 13, 2006

                                      BY THE COURT:

                                      *s/ Phillip S. Figa*

                                      _____
                                      Phillip S. Figa
                                      United States District Judge